Joseph Miskabi (SBN 279735)
LAW OFFICES OF JOSEPH MISKABI, APC
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 424-245-5740
Fax: 866-202-9176
joseph@miskabilaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD FRIEDMAN,** | Case No. 2:16-cv-01269-SVW-FFM |
| Plaintiff, | **PLAINTIFF TODD FRIEDMAN'S OBJECTION TO DEFENDANT EVERQUOTE INC.'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO RULE 11** |
| vs. | |
| **EVERQUOTE, INC., D/B/A CHEAPERAUTOCOVERAGE.COM; and DOES 1-10, inclusive, and each of them,** | |
| Defendants. | |

Plaintiff Todd Friedman and his counsel of record (the "Objecting Parties") hereby object to Defendant Everquote Inc.'s ("Defendant") Notice of Motion and Motion for Sanctions (the "Motion") based on Defendant's violation of Local Rule 6.1.

Local Rule 6.1 expressly provides that:

COMPUTING AND EXTENDING TIME; TIME FOR MOTION PAPERS L.R. 6-1 Notice and Service of Motion. Unless otherwise provided by rule or order of the Court, no oral motions will be recognized and every motion shall be presented by written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service. If mailed, the notice of motion shall be served not later than thirty one (31) days before the Motion Day designated in the notice. If served personally, or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice. The Court may order a shorter time. Unless otherwise ordered by the Court, the Clerk shall place each motion on the Motion Day calendar for the date designated in the written notice of motion.

Here, Defendant has filed its Motion without providing Objecting Parties the required twenty eight (28) days notice before the hearing date on the Motion. More specifically, the Motion is set to be heard on May 23, 2016 but Defendant filed the same on April 29, 2016. As such, proper notice of the Motion was not provided.

Respectfully submitted this 29th day of April, 2016.

LAW OFFICES OF JOSEPH MISKABI, APC

By: /s/Joseph Miskabi
Joseph Miskabi, Esq.
Law Offices of Joseph Miskabi, APC
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 29th day of April, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 29th day of April, 2016, to:

Honorable Judge Stephen V. Wilson
United States District Court
Central District of California

Joshua Briones
BLANK ROME LLP

/s/Joseph Miskabi
Joseph Miskabi, Esq.
Law Offices of Joseph Miskabi, APC
Attorney for Plaintiff