# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-01269-SVW-FFM | Date | June 1, 2016 |
|---|---|---|---|
| Title | *Todd Friedman v. Everquote Inc et al* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DENYING MOTION FOR SANCTIONS [16]

The motion is DENIED.

The hearing scheduled to take place on June 6, 2016 is VACATED and OFF-CALENDAR.

IT IS SO ORDERED.

Initials of Preparer PMC