LAW OFFICES OF JOSEPH MISKABI, APC
Joseph Miskabi, Esq. (SBN: 279735)
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 424-245-5740
Fax: 866-202-9176
Joseph@miskabilaw.com

Attorney for Plaintiff
TODD FRIEDMAN


MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Joshua Briones, Esq. (SBN: 205293)
E. Crystal Lopez (SBN 296297)
2029 Century Park East, Suite 1370
Los Angeles, Ca 90067
Telephone: (310) 586-3200
Fax: (310) 586-3202
Email: Jbriones@Mintz.com
Email: Clopez@Mintz.com


Attorneys for Defendant
EVERQUOTE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN<br><br>Plaintiff.<br><br>vs.<br><br>EVERQUOTE, INC., D/B/A CHEAPERAUTOCOVERAGE.COM; CLICK CASH MANAGEMENT, INC. and DOES 1-10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:16-cv-01269 SVW-FFM<br><br>Judge: Stephen V. Wilson<br><br>**JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT EVERQUOTE, INC. WITH PREJUDICE** |

Plaintiff TODD FRIEDMAN and Defendant EVERQUOTE, INC. (collectively the "Parties"), by and through their undersigned counsel, respectfully submit this Joint

---

**JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT EVERQUOTE, INC. WITH PREJUDICE**

Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties hereby jointly stipulate and agree to the dismissal ofEverQuote, Inc.with prejudiceas to plaintiff's individual claims and without prejudice as to the class members' claims, with both Parties to bear their own fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated:  July 27, 2016

/s/
JOSEPH MISKABI
Attorney for Plaintiff
TODD FRIEDMAN

Dated:  July 27, 2016

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.

/s/
Joshua Briones
E. Crystal Lopez

Attorneys for Defendant
EVERQUOTE, INC.

2
**JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT EVERQUOTE, INC. WITH PREJUDICE**

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to E. Crystal Lopez, attorney for Defendant EverQuote Inc., and that I obtained Ms. Lopez's authorization to file this document.

By: /s/ Joseph Miskabi
      Joseph Miskabi

**JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT EVERQUOTE, INC. WITH PREJUDICE**

## CERTIFICATE OF SERVICE

Filed electronically on this 27th day of May, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 27th day of May, 2016, to:

Honorable Judge Stephen V. Wilson
United States District Court
Central District of California

Joshua Briones
Crystal Lopez
M<small>INTZ</small>, L<small>EVIN</small>, C<small>OHN</small>, F<small>ERRIS</small>, G<small>LOCKY AND</small> P<small>OPEO</small>

/s/Joseph Miskabi
Joseph Miskabi, Esq.
Law Offices of Joseph Miskabi, APC
Attorney for Plaintiff

4

**JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT
EVERQUOTE, INC. WITH PREJUDICE**