FILED
CLERK, U.S. DISTRICT COURT

August 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: CR DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EVERQUOTE, INC., D/B/A CHEAPERAUTOCOVERAGE.COM, CLICK CASH MANAGEMENT, INC. and DOES 1-10, inclusive, and each of them<br><br>Defendants. | Case No. 2:16-cv-01269-SVW-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT EVERQUOTE, INC. WITH PREJUDICE**<br><br>Judge: Stephen V. Wilson |

147541.00601/102226200v.1

**ORDER**

|   |   |
|---|---|
| 1 | Based upon the parties' Joint Motion pursuant to Rule 41(a)(1)(A)(ii) of the |
| 2 | Federal Rules of Civil Procedure, this Court hereby orders that Defendant EverQuote, |
| 3 | |
| 4 | Inc. is dismissed WITH PREJUDICE, as to plaintiff's individual claims and |
| 5 | WITHOUT PREJUDICE as to the class members' claims, with each party to bear |
| 6 | their own attorneys' fees and costs. |

IT IS SO ORDERED.

DATED: __August 2, 2016__        By: _[signature: Stephen V. Wilson]_
Hon. Stephen V. Wilson
United States District Judge

147541.00601/102226200v.1

1

**ORDER**