Joseph Miskabi (SBN 279735)
LAW OFFICES OF JOSEPH MISKABI, APC
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 424-245-5740
Fax: 866-202-9176
joseph@miskabilaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD FRIEDMAN**, | Case No.2:16-cv-01269-SVW-FFM |
| Plaintiff, | **DECLARATION OF JOSEPH MISKABI, RE: ORDER TO SHOW CAUSE** |
| vs. | |
| **EVERQUOTE, INC., D/B/A CHEAPERAUTOCOVERAGE.COM;CLICK CASH MANAGEMENT; and DOES 1-10, inclusive, and each of them**, | |
| Defendant. | |

## DECLARATION OF JOSEPH MISKABI

I, Joseph Miskabi, state and declare as follow:

1. I am an attorney at law duly licensed to practice before this Court. I am the attorney of record for Plaintiffs ("Plaintiffs") in the within action, and, as such, I am familiar with the facts of this case. This declaration is made based on and pursuant to my first hand and personal knowledge and if called to testify to the truth thereof, I could and would competently do so.

2. On or about February 24, 2016, Plaintiff filed the complaint in this action (the "Complaint") against Defendant Everquote, Inc.

**DECLARATION OF JOSEPH MISKABI**
-1-

3. On or about April 26, 2016 Plaintiff filed a First Amended Complaint in the action, adding new allegations as well as adding defendant Click Cash Management, Inc. ("Click Cash") as a new defendant in this action.

4. On or about May 10, 2016, Defendant Click Cash was served with a copy of the Summons and First Amended Complaint. A copy of the Proof of Service is attached hereto as Exhibit "A" and is incorporated herein by reference. Defendant Click Cash failed to file a response to the First Amended Complaint.

5. Since that time, Plaintiff has unsuccessfully attempted to contact Defendant Click Cash in order to ascertain why it has failed to respond to the Complaint, which was lawfully served on its agent who was authorized to receive service. Exhibit "A". Since service of the First Amended Complaint on Defendant Click Cash, Plaintiff has also resolved its dispute with co-Defendant Everquote, Inc.

6. Unable to contact Defendant Click, Defendant files concurrently herewith an Application to Enter Default of Defendant Click Cash and respectfully requests the Court enter the same.

7. It is respectfully requested that this Court discharge the Order to Show Cause set in this case and enter the default judgment of Defendant Click Cash as set forth in the accompanying Application to Enter Default.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of August 2016, at Beverly Hills, California.

                /s/ Joseph Miskabi
                Joseph Miskabi

Filed electronically on this 22nd day of August, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 22nd day of August, 2016, via the ECF system to:

Honorable Stephen V. Wilson
United States District Court
Central District of California

Joshua M Briones
E Crystal Lopez
Mintz Levin

This 22nd day of August, 2016.

By: /s/ Joseph Miskabi
     Joseph Miskabi