Joseph Miskabi (SBN 279735)
LAW OFFICES OF JOSEPH MISKABI, APC
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 424-245-5740
Fax: 866-202-9176
joseph@miskabilaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD FRIEDMAN,** | Case No. 2:16-cv-01269-SVW-FFM |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO ENTER DEFAULT JUDGMENT** |
| vs. | |
| **EVERQUOTE, INC., D/B/A CHEAPERAUTOCOVERAGE.COM; CLICK CASH MANAGEMENT, INC. and DOES 1-10, inclusive, and each of them,** | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff hereby motions the Court to Enter Default Judgment against Defendant, Click Cash Management, Inc.

NOW COMES PLAINTIFF, by and through his attorney, Joseph Miskabi, to respectfully request that this honorable Court enter default judgment against Defendant. A default was previously entered by the Clerk of this Court on August 23, 2016. Plaintiff hereby requests that judgment be entered in the amount of Eleven Thousand Five Hundred and Eighty Dollars ($11,580.00), including

statutory damages in the amount of one thousand and five hundred dollars ($1,500.00) 47 U.S.C. § 227(b)(3)(B). In addition, Plaintiff requests Nine Thousand Four Hundred and Eighty Five Dollars ($9,485.00) in attorney fees to date and five hundred and ninety five dollars ($595.00) in costs to date.

This Motion is based on this Notice, the attached declarations of Joseph Miskabi and Todd Friedman, and the pleadings, files, and other matters that may be presented at the hearing.

Respectfully submitted this 23rd day of September, 2016.

                                        The Law Offices of Joseph Miskabi, APC

                                        By: **s/Joseph Miskabi**
                                        **Joseph Miskabi**
                                        **Attorney for Plaintiff**

Filed electronically on this 26th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent via ECF and courtesy copy sent on this 26th day of September, 2016 to:

United States District Court CM/ECF system

A copy has been mailed on this 26th day of September, 2016 to:

Click Cash Management, Inc.
8369 NW 66th Street, #A3728
Miami, FL 33195

s/Joseph Miskabi
Joseph Miskabi