LAW OFFICES OF JOSEPH MISKABI, APC
Joseph Miskabi, Esq. (SBN: 279735)
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 424-245-5740
Fax: 866-202-9176
Joseph@miskabilaw.com

Attorney for Plaintiff
TODD FRIEDMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN<br><br>                              Plaintiff.<br><br>vs.<br><br>EVERQUOTE, INC., D/B/A<br>CHEAPERAUTOCOVERAGE.COM;<br>CLICK CASH MANAGEMENT, INC. and<br>DOES 1-10, inclusive, and each of them,<br><br>                              Defendants. | Case No. 2:16-cv-01269 SVW-FFM<br><br>Judge:    Stephen V. Wilson<br><br>**[PROPOSED] JUDGMENT** |

Judgment is hereby entered in the above-entitled matter pursuant to the Court's

Order dated October 31, 2016, which granted Plaintiff's Motion for Default Judgment,

as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Todd Friedman

have Judgment against Defendant Click Cash Management, Inc. for the sum of

$500.00.

DATED:                                    _____

HON. STEPHEN V. WILSON
Judge of the United States District Court,
Central District of California