FILED
CLERK, U.S. DISTRICT COURT

Nov 16, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN<br><br>               Plaintiff.<br>vs.<br><br>EVERQUOTE, INC., D/B/A CHEAPERAUTOCOVERAGE.COM; CLICK CASH MANAGEMENT, INC. and DOES 1-10, inclusive, and each of them,<br><br>               Defendants. | Case No. 2:16-cv-01269 SVW-FFM<br><br>Judge:   Stephen V. Wilson<br><br>**JUDGMENT** |

Judgment is hereby entered in the above-entitled matter pursuant to the Court's Order dated October 31, 2016, which granted Plaintiff's Motion for Default Judgment, as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Todd Friedman have Judgment against Defendant Click Cash Management, Inc. for the sum of $500.00.

DATED: November 16, 2016

_____
HON. STEPHEN V. WILSON
Judge of the United States District Court,
Central District of California

[PROPOSED] JUDGMENT